**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM HENRY PRICE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PAUL T. PARSONS, et al.,<br><br>　　　　Defendants. | No. 2:05-CV-2366-RRB-CMK-P<br><br>**ORDER** |

　　　　Plaintiff William Henry Price ("Plaintiff") is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge, pursuant to 28 U.S.C. § 636 and Local Rule 72-302(c)(21).

　　　　On November 3, 2006, Magistrate Judge Craig M. Kellison filed Findings and Recommendations (Docket 29) herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty days. Plaintiff has filed Objections to the Magistrate's Findings and Recommendations at Docket 30. Plaintiff's objections, however, remain vague and nonspecific.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:05-CV-2366-RRB-CMK-P

Plaintiff suggests that he was denied access to the courts through various means. Notwithstanding, the record is replete with motions Plaintiff filed; all of which appear to have been addressed appropriately. Plaintiff chose to proceed pro per, which may explain some of the frustration he has expressed.

The Court concludes that the issues before it are based in law, i.e., legal disputes. Further, in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has conducted a de novo review of the relevant pleadings filed in this matter. Based thereon, the Court concludes that Plaintiff has failed to state a claim upon which relief may be granted. The court finds the Magistrate's Findings and Recommendations at Docket 29 to be supported by the record and by proper analysis and includes them herein by reference.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Findings and Recommendations (Docket 29) filed November 3, 2006, are adopted in full; and

2. This action is **DISMISSED** with prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

ENTERED this 6th day of July, 2007.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:05-CV-2366-RRB-CMK-P