UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HENRY PRICE,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>PAUL T. PERSONS,<br><br>    Defendant - Appellee. | No. 07-16334<br>D.C. No. CV-05-02366-RRB<br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [✓]

Explanation: Plaintiff, despite 4 attempts, has not stated a cognizable civil rights claim and has failed to establish how specifically he was injured as a result of Butte County Library policy.

_____
Judge
United States District Court

Date: August 14, 2007